JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOARIK AKOPYAN, an individual;<br><br>          Plaintiff,<br><br>     v.<br><br>BLOOMINGDALES, LLC.;<br>MACY'S, INC.; DOES 1 THROUGH 50, INCLUSIVE,<br><br>          Defendants. | Case No. 2:23-CV-06588-AB-KS<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

The Court **APPROVES** the parties' Stipulation and **DISMISSES** this action **WITH PREJUDICE.**

SO ORDERED.

DATED: April 16, 2025

_____
HON. ANDRE BIROTTE JR.
U.S. DISTRICT COURT JUDGE